**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Jordan Joseph Leneuville,<br>*Plaintiff*, | ) | Case 5:21-cv-01356-FJS-DJS |
| | ) | |
| | ) | Frederick J. Scullin, Jr. |
| vs. | ) | Senior United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Daniel J. Stewart |
| Acting Commissioner of Social Security,<br>*Defendant*. | ) | United States Magistrate Judge |
| | ) | |
| | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer the claimant the opportunity for a hearing and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Jordan Joseph Leneuville, |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman<br>United States Attorney | |
| */s/ Molly E. Carter*<br>Molly E. Carter<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 701004<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-2393<br>Molly.Carter@ssa.gov | */s/ Howard Olinsky*[1]<br>Howard Olinsky<br>Olinsky Law Group<br>250 S. Clinton Street, Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com<br><br>Date:  July 25, 2022<br><br>IT IS SO ORDERED<br><br>_____<br>Frederick J. Scullin, Jr.<br>Senior United States District Judge |

---

[1] Signed by Molly Carter with permission from Howard Olinsky.