# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jordan Joseph Leneuville**

    Plaintiff

vs.                               **CASE NUMBER: 5:21-cv-1356 (FJS/DJS)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER TO REMAND PURSUANT TO FOURTH SENTENCE of 42 U.S.C. § 405(g). The parties stipulate that the Commissioners final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer the claimant the opportunity for a hearing and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable Frederick J. Scullin, Jr. dated the 25th day of July, 2022.

DATED: July 25, 2022

*[signature]*
Clerk of Court

                                  s/Kathy Rogers
                                  Deputy Clerk